UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND), LIMITED and RITCHIE RISK-LINKED STRATEGIES TRADING (IRELAND) II, LIMITED,<br><br>                    Plaintiffs,<br>v.<br><br>COVENTRY FIRST LLC, THE COVENTRY GROUP, INC., MONTGOMERY CAPITAL, INC., and LST I LLC,<br><br>                    Defendants. | Case No. 09 CV 1086 (DLC)<br>ECF Case<br><br>**NOTICE OF MOTION AND MOTION TO DISQUALIFY (RECUSAL)**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE THAT, Plaintiffs Ritchie Risk-Linked Strategies Trading (Ireland), Limited and Ritchie Risk-Linked Strategies Trading (Ireland) II, Limited, by and through their undersigned counsel, move in the United States District Court for the Southern District of New York, before the Honorable Denise L. Cote, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for the Court to Disqualify (Recuse) herself pursuant to 28 U.S.C. § 455(a).

PLEASE TAKE FURTHER NOTICE that in support hereof, Plaintiffs shall rely on the accompanying Memorandum of Law in Support of Motion to Disqualify (Recusal) and the Declaration of James W. Halter, executed on April 2, 2010 and exhibits annexed thereto.

Dated: April 2, 2010
       New York, New York

                                      Respectfully submitted,

                                      LIDDLE & ROBINSON, L.L.P.

                                      _____/s_____

                                      Jeffrey L. Liddle
                                      James R. Hubbard
                                      James W. Halter
                                      800 Third Avenue, 8th Floor
                                      New York, NY 10022
                                      Tel: (212) 687-8500
                                      Fax: (212) 687-1505
                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of April, 2010, I caused true and correct copies of the foregoing to be served, by ECF, on:

>David A. Forkner, Esq.
>Kenneth J. Brown, Esq.
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005
>dforkner@wc.com
>kbrown@wc.com

Dated: April 2, 2010
       New York, New York

                                                    /s
                                            James W. Halter