UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
RITCHIE RISK-LINKED STRATEGIES TRADING   :
(IRELAND) LIMITED and RITCHIE RISK-      :
LINKED STRATEGIES TRADING (IRELAND) II   :    09 Civ. 1086 (DLC)
LIMITED,                                 :
                     Plaintiffs,         :    ORDER
                                         :
          -v-                            :
                                         :
COVENTRY FIRST LLC, THE COVENTRY         :
GROUP, INC., MONTGOMERY CAPITAL, INC.    :
and LST I LLC,                           :
                     Defendants.         :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4|8|10__

DENISE COTE, District Judge:

On April 2, 2010, following the close of fact discovery,

plaintiffs filed a motion to disqualify this Court on the basis

that my stepson is a partner at a law firm, O'Melveny & Myers

LLP ("O'Melveny").  Although O'Melveny is not counsel of record,

and plaintiffs do not assert that my stepson has ever had a role

in any events at issue here, plaintiffs believe that O'Melveny

is materially involved in this litigation.  On April 7, 2010,

defendants filed a detailed opposition to the plaintiffs'

motion, challenging its merit on both procedural and substantive

grounds.  Defendants assert that plaintiffs waived their ability

to move for recusal because they were placed on notice

concerning the Court's connection to O'Melveny more than two-

and-a-half years ago.  Moreover, defendants' opposition strongly

suggests that the plaintiffs' reasons for seeking recusal may be tactical.  Nevertheless, out of an excess of caution, it is hereby

ORDERED that this Court recuses itself from further consideration of this matter pursuant to 28 U.S.C. § 455.

SO ORDERED:

Dated:    New York, New York
          April 8, 2010

                                    _____
                                           DENISE COTE
                                    United States District Judge