UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RITCHIE RISK-LINKED STRATEGIES            )
TRADING (IRELAND), LIMITED, and RITCHIE   )
RISK-LINKED STRATEGIES TRADING            )
(IRELAND) II, LIMITED,                    )
                                          )
                    Plaintiffs,           )
                                          ) Civil Action No. 1:09-cv-01086-VM-DCF
           v.                             )
                                          ) (ECF)
COVENTRY FIRST LLC, THE COVENTRY          )
GROUP, INC., MONTGOMERY CAPITAL, INC.,    )
and LST I LLC,                            )
                                          )
                    Defendants.           )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF DANE H. BUTSWINKAS

1. My name is Dane H. Butswinkas, and I am an adult citizen of the State of Maryland. I have personal knowledge of the facts described herein.

2. I submit this declaration in support of Defendants' Motion to Preclude Plaintiffs' Request for "Costs and Fees Related to the Bankruptcy Process."

3. I am a partner in the law firm of Williams & Connolly LLP, counsel to the Defendants herein. Williams & Connolly LLP also represented the Defendants in the predecessor to this action, captioned *Ritchie Capital Management, LLC et al. v. Coventry First LLC, et al.,* No. 07-cv-03494 (DLC) ("*Ritchie I*").

4. On March 13, 2008, Judge Denise L. Cote held a telephonic hearing in *Ritchie I* concerning, *inter alia*, Defendants' request for documents created after Plaintiffs Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. and Ritchie Risk-Linked Strategies Trading (Ireland) II, Ltd. filed for bankruptcy. During that hearing, Judge

Cote orally denied Defendants' request for these materials, accepting Plaintiffs' representations as to their irrelevance.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dane H. Butswinkas

Dated: May 23, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 7th day of June, 2011, in accordance with Fed. R. Civ. P. 5 and the General Order on Electronic Case Filing (ECF), the foregoing was served via the district court's ECF system on:

Jeffrey L. Liddle, Esq.
James R. Hubbard, Esq.
James Halter, Esq.
Liddle & Robinson, L.L.P.
800 Third Avenue, 8th Floor
New York, N.Y. 10022
*Attorneys for Plaintiffs*

                                                /s/Thomas Windom
                                                Thomas Windom